**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAVIN MAURICE RHODES, | No. 13-55989 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-06419-DDP-DTB |
| v. | |
| R. SAILER; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted July 22, 2014[**]

Before:      GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

California state prisoner Kavin Maurice Rhodes appeals pro se from the district court's judgment on the pleadings in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs.  We review de novo.  *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 713 (9th Cir. 2001).  We affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly dismissed Rhodes's action because Rhodes failed to allege facts sufficient to show that defendants were deliberately indifferent to his hand injury. *See Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006) (to demonstrate deliberate indifference, the prisoner must show "a purposeful act or failure to respond to a prisoner's pain or possible medical need" and "harm caused by the indifference"); *cf. Keenan v. Hall*, 83 F.3d 1083, 1092 (9th Cir. 1996) ("[V]erbal harassment generally does not violate the Eighth Amendment.").

The district court did not abuse its discretion by declining to exercise supplemental jurisdiction over Rhodes's state law claims. *See Ove v. Gwinn*, 264 F.3d 817, 821, 826 (9th Cir. 2001) (setting forth standard of review and explaining that "[a] court may decline to exercise supplemental jurisdiction over related state-law claims once it has dismissed all claims over which it has original jurisdiction" (citation and internal quotation marks omitted)).

**AFFIRMED.**